

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| William Geoffrey Thacker, | § | No. 08-18-00085-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D02483) |
| | § | |

## O R D E R

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **December 14, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Jo-Anne Hilverding, Official Court Reporter for the 205th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before December 14, 2018.

IT IS SO ORDERED this 15th day of November, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.